**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**JOHN W. SMITH,**

    Petitioner,                                     **CASE NO. 2:10-CV-00195**
                                                    **JUDGE MARBLEY**
    v.                                             **MAGISTRATE JUDGE ABEL**

**MICHAEL SHEETS, WARDEN,**

    Respondent.

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the December 7, 2011 Opinion and Order, the Petitioner's motion to amend judgment is GRANTED. Final Judgment is amended to reflect that the request for a certificate of appealability is GRANTED.

Date: **December 7, 2011**               **James Bonini, Clerk**

                                                    s/Betty L. Clark
                                                Betty L. Clark/Deputy Clerk